HOLLY E. CHEONG, ESQ.
Nevada Bar No. 11936
TROUTMAN PEPPER LOCKE LLP
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV  89123 *(Nevada Office)*
Tele: (213) 928-9800
holly.cheong@troutman.com

*Attorney for Defendant Capital One Auto*
*Finance, a Division of Capital One, N.A.*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RICKEY EUGENE TOLTON, SR.,<br><br>Plaintiff,<br><br>vs.<br><br>CAPITAL ONE AUTO FINANCE,<br><br>Defendant. | Case No. 3:25-cv-00563-MMD-CLB<br><br><br>**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE JOINT CASE MANAGEMENT REPORT AND JOINT PROPOSED DISCOVERY PLAN**<br><br>**FIRST REQUEST** |

Defendant Capital One Auto Finance, a Division of Capital One, N.A. ("Capital One") (erroneously named "Capital One Auto Finance") moves for an additional two weeks, or through March 9, 2026, for the parties to file their joint case conference report and proposed discovery plan. This is the first request for an extension and this Motion is unopposed.

Plaintiff filed his Complaint on October 9, 2025. ECF No. 1. Capital One filed its Answer to the Complaint on January 6, 2026. ECF No. 9. That same day, this Court ordered the Parties to file a Joint Case Management Report by February 23, 2026. ECF No. 12. Per this Court's local rules, the Parties proposed joint discovery plan is also due February 23, 2026.

The Parties conducted a telephonic meet and confer on February 9, 2026. Counsel for Capital One provided Plaintiff with a draft joint case management report and joint proposed discovery plan

1

325827130v1

via email on February 19, 2026. On February 23, 2026, Plaintiff indicated to Capital One's counsel he needs additional time to review the joint filings and requested a stipulation for an extension of time. Capital One's counsel drafted the stipulation and sent for Plaintiff's review. But after multiple phone calls and emails, Plaintiff did not respond. Therefore, Capital One files this Motion.

This Motion for an extension is for good cause to allow Plaintiff additional time to review the draft joint filings and not meant for delay. Capital One requests that this Court grant this Unopposed Motion and give the parties an additional two weeks to file the Joint Case Management Report and Joint Proposed Discovery Plan.

DATED this 23rd day of February 2026.

TROUTMAN PEPPER LOCKE LLP


By: */s/ Holly E. Cheong*
HOLLY E. CHEONG, ESQ.
Nevada Bar No. 11936
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV  89123 *(Nevada Office)*
Tele: (213) 928-9800
Email:  holly.cheong@troutman.com

*Attorney for Defendant Capital One*


## ORDER

IT IS HEREBY ORDERED that the Parties shall have until and through March 9, 2026 to file their joint case management report and proposed discovery plan.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:    February 24, 2026

2

325827130v1