# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RICKEY EUGENE TOLTON, SR.,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL ONE AUTO FINANCE,<br><br>Defendant. | Case No. 3:25-CV-00563-MMD-CLB<br><br>**ORDER TO CHANGE ADDRESS, STAY CASE, AND DENYING PLAINTIFF'S MOTION FOR SETTLEMENT CONFERENCE**<br><br>[ECF No. 18] |

On February 24, 2026, the Court entered an order granting the Parties an extension to file their joint case management report and proposed discovery plan. (ECF No. 15.) The Court mailed this document to Plaintiff's address as listed on the docket, but it was returned as undeliverable. (ECF No. 20.) Therefore, it appears Plaintiff no longer resides at the address he provided. Pursuant to Local Rule IA 3-1, Plaintiff is required to immediately file with the Court written notification of any change in mailing address. To date, Plaintiff has filed no such notification. Plaintiff shall have until **Tuesday, March 31, 2026**, to file a notice of change of address. If Plaintiff fails to comply the Court will recommend this action be dismissed.

Additionally, the Court hereby **STAYS DISCOVERY** until Plaintiff files his notification of change of address.

Lastly, Plaintiff's motion for a settlement conference, (ECF No. 18) is **DENIED WITH LEAVE TO REFILE** once Plaintiff has filed his updated address.

**IT IS SO ORDERED**.

**DATED**: March 17, 2026 .

_____
**UNITED STATES MAGISTRATE JUDGE**